MARK A. LAUER (Bar No. 163756)
Mark@siliconEdgeLaw.com
THOMAS W. LATHRAM (Bar No. 59639)
Tom@SiliconEdgeLaw.com
ARTHUR J. BEHIEL (Bar No. 172165)
Art@SiliconEdgeLaw.com
SILICON EDGE LAW GROUP LLP
6601 Koll Center Parkway, Suite 245
Pleasanton, California 94566
Telephone:    925-621-2110
Facsimile:     925-621-2119

Attorneys for Plaintiff
Promise Technology, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROMISE TECHNOLOGY, INC.,<br><br>                    Plaintiff,<br><br>           v.<br><br>CROSSROADS SYSTEMS, INC., and<br>CROSSROADS SYSTEMS (TEXAS), INC.,<br><br>                    Defendants. | Case No.: C07 06128 EMC<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Date:  December 11, 2007                By:    /s/ Mark A. Lauer
                                        SILICON EDGE LAW GROUP LLP
                                        Attorneys for Plaintiff
                                        PROMISE TECHNOLOGY, INC.

Declination to Proceed Before a Magistrate                    Case No.: C07 06128 EMC
Judge and Request for Reassignment to a
United States District Judge