UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PROMISE TECHNOLOGY, <br>               Plaintiff, <br> V. <br> CROSSROADS SYSTEMS, <br>               Defendant. | Case Number CV-07-6128-JF <br><br> Case Management Conference <br><br> April 25, 2008 <br><br> CLERK'S NOTICE |

To all Parties and Attorneys of Record:

A Case Management Conference has been set on April 25, 2008 at 10:30 a.m. before Judge Jeremy Fogel.  Please report at that time to courtroom 3 on the 5th floor of the U.S. District Court, 280 S. First St., San Jose, California.

March 13, 2008

                                       For the Court <br>
                                       Richard W. Wieking, Clerk

                                       By:  /s/ <br>
                                       Diana Munz <br>
                                       Courtroom Deputy Clerk