MARK A. LAUER (Bar No. 163756)
Mark@SiliconEdgeLaw.com
THOMAS W. LATHRAM (Bar No. 59639)
Tom@SiliconEdgeLaw.com
ARTHUR J. BEHIEL (Bar No. 172165)
Art@SiliconEdgeLaw.com
SILICON EDGE LAW GROUP LLP
6601 Koll Center Parkway
Suite 245
Pleasanton, California 94566
Telephone:    925-621-2110
Facsimile:    925-621-2119

Attorneys for Plaintiff
Promise Technology, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PROMISE TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> CROSSROADS SYSTEMS, INC., and <br> CROSSROADS SYSTEMS (TEXAS), INC., <br><br> Defendants. | Case No.: C07 06128 JF <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

    Plaintiff Promise Technology, Inc. and defendants Crossroads Systems, Inc. and Crossroads Systems (Texas), Inc. respectfully request that the case management conference presently set for April 25, 2008 in the instant case be continued to May 30, 2008 at 10:30 a.m. to

---

Joint Stipulation and [Proposed] Order            Case No. C07 06128 JF

allow the parties to conclude their ongoing settlement negotiations and determine whether a settlement can be achieved.

Respectfully submitted.

**IT IS SO STIPULATED.**

Dated: April 18, 2008

SILICON EDGE LAW GROUP, LLP
Mark A. Lauer (Bar No. 163756)
Mark@SiliconEdgeLaw.com
Thomas W. Lathram (Bar No. 59639)
Tom@SiliconEdgeLaw.com

By: _/s/Mark A. Lauer_
Mark A. Lauer

Attorneys for Plaintiff
Promise Technology, Inc.

Dated: April 18, 2008

SPRINKLE IP LAW GROUP
Elizabeth J. Brown Fore (Bar No. 200471)
ebrownfore@sprinklelaw.com

By: _/s/Elizabeth J. Brown Fore_
Elizabeth J. Brown Fore

Attorneys for Defendants
Crossroads Systems, Inc. and
Crossroads Systems (Texas), Inc.

**IT IS HEREBY ORDERED** that the case management conference currently scheduled for April 25, 2008 be and is hereby continued to May 30, 2008 at 10:30 a.m.

Dated: 4/24/08

The Honorable Jeremy Fogel
United States District Court Judge

---

Joint Stipulation and [Proposed] Order                         Case No. C07 06128 JF

# DECLARATION OF SERVICE

I am a citizen of the United States, over the age of eighteen years and not a party to this action. My business address is 6601 Koll Center Parkway, Suite 245, Pleasanton, California, 94566. On April 18, 2008, I served the document(s) listed below on the person(s) identified below as follows:

**JOINT STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF CASE MANAGEMENT ORDER**

[X]  <u>BY MAIL</u>: I am readily familiar with the business' practice for collection and processing correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business. The above document(s) was placed in a sealed envelope addressed to the person(s) identified below, with first class postage thereon fully prepaid, and placed for collection and mailing on the above referenced date, following ordinary business practices.

[ ]  <u>BY OVERNIGHT DELIVERY</u>: I am readily familiar with the business' practice for collection and processing correspondence for deposit with an overnight delivery service. Correspondence placed for collection and processing is either delivered to a courier or driver authorized by said overnight delivery service to receive documents or deposited by an employee or agent of this firm in a box or other facility regularly maintained by said overnight delivery service that same day in the ordinary course of business. On the above referenced date, I sealed the above document(s) in an envelope or package designated by the courier service and addressed to the person(s) identified below, with payment of next day delivery fees provided for, and delivered the envelope/package to the office personnel responsible for delivering documents to overnight courier services following ordinary business practice.

[ ]  <u>BY FACSIMILE TRANSMISSION</u>: By use of facsimile machine with facsimile number [sending facsimile number], I served a copy of the above-listed document(s) on the person(s) listed below by transmitting by facsimile machine, pursuant to California Rules of Court, Rule 2008. The facsimile machine I used complied with California Rules of Court, Rule 2003(3) and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2008(e)(4), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original of this declaration.

ELIZABETH J. BROWN FORE
SPRINKLE IP LAW GROUP
1301 West 25th Street, Suite 408
Austin, Texas 78705

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct; and that this declaration is executed on April 18, 2008, at Pleasanton, California.

Joint Stipulation and [Proposed] Order                              Case No. C07 06128 JF