1 | MARK A. LAUER (Bar No. 163756)
Mark@SiliconEdgeLaw.com
2 | THOMAS W. LATHRAM (Bar No. 59639)
Tom@SiliconEdgeLaw.com
3 | ARTHUR J. BEHIEL (Bar No. 172165)
Art@SiliconEdgeLaw.com
4 | SILICON EDGE LAW GROUP LLP
6601 Koll Center Parkway, Suite 245
5 | Pleasanton, California 94566
Telephone:    925-621-2110
6 | Facsimile:    925-621-2119
7 |
8 | Attorneys for Plaintiff
Promise Technology, Inc.
9 |

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | SAN JOSE DIVISION

13 |

14 | PROMISE TECHNOLOGY, INC.,

Case No.: C07 06128 JF

15 |                Plaintiff,

16 |            v.

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

CROSSROADS SYSTEMS, INC., and
17 | CROSSROADS SYSTEMS (TEXAS), INC.,

18 |                Defendants.

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

STIPULATION AND [PROPOSED]
ORDER OF DISMISSAL

Case No. C07 06128 JF

Plaintiff Promise Technology, Inc. and defendants Crossroads Systems, Inc. and Crossroads Systems (Texas), Inc. hereby stipulate to dismissal with prejudice of the instant action pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, each party to bear its own attorneys' fees and costs of suit herein.

Respectfully submitted.

Dated: April 25, 2008

SILICON EDGE LAW GROUP, LLP
Mark A. Lauer (Bar No. 163756)
Mark@SiliconEdgeLaw.com
Thomas W. Lathram (Bar No. 59639)
Tom@SiliconEdgeLaw.com

By: _____
        Mark A. Lauer

Attorneys for Plaintiff
Promise Technology, Inc.

Dated: April 24, 2008

SPRINKLE IP LAW GROUP
Elizabeth J. Brown Fore (Bar No. 200471)
ebrownfore@sprinklelaw.com

By: _____
        Elizabeth J. Brown Fore

Attorneys for Defendants
Crossroads Systems, Inc. and
Crossroads Systems (Texas), Inc.

**IT IS HEREBY ORDERED** that the instant action is dismissed with prejudice, each party to bear its own attorneys' fees and costs of suit.

Dated: _____

_____
The Honorable Jeremy Fogel
United States District Court Judge

STIPULATION AND [PROPOSED]          2          Case No. C07 06128 JF
ORDER OF DISMISSAL