**E-filed 5/6/08**

1  MARK A. LAUER (Bar No. 163756)
   Mark@SiliconEdgeLaw.com
2  THOMAS W. LATHRAM (Bar No. 59639)
   Tom@SiliconEdgeLaw.com
3  ARTHUR J. BEHIEL (Bar No. 172165)
   Art@SiliconEdgeLaw.com
4  SILICON EDGE LAW GROUP LLP
5  6601 Koll Center Parkway, Suite 245
   Pleasanton, California 94566
6  Telephone:    925-621-2110
7  Facsimile:    925-621-2119

8  Attorneys for Plaintiff
   Promise Technology, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PROMISE TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> CROSSROADS SYSTEMS, INC., and CROSSROADS SYSTEMS (TEXAS), INC., <br><br> Defendants. | Case No.: C07 06128 JF <br><br> **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

STIPULATION AND [PROPOSED]                       Case No. C07 06128 JF
ORDER OF DISMISSAL

1      Plaintiff Promise Technology, Inc. and defendants Crossroads Systems, Inc. and Crossroads Systems (Texas), Inc. hereby stipulate to dismissal with prejudice of the instant action pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, each party to bear its own attorneys' fees and costs of suit herein.

     Respectfully submitted.

Dated: April 25, 2008

SILICON EDGE LAW GROUP, LLP
Mark A. Lauer (Bar No. 163756)
Mark@SiliconEdgeLaw.com
Thomas W. Lathram (Bar No. 59639)
Tom@SiliconEdgeLaw.com

By: _____
     Mark A. Lauer

Attorneys for Plaintiff
Promise Technology, Inc.

Dated: April 24, 2008

SPRINKLE IP LAW GROUP
Elizabeth J. Brown Fore (Bar No. 200471)
ebrownfore@sprinklelaw.com

By: _____
     Elizabeth J. Brown Fore

Attorneys for Defendants
Crossroads Systems, Inc. and
Crossroads Systems (Texas), Inc.

**IT IS HEREBY ORDERED** that the instant action is dismissed with prejudice, each party to bear its own attorneys' fees and costs of suit.

Dated: _____5/6/08_____

_____
The Honorable Jeremy Fogel
United States District Court Judge

---

STIPULATION AND [PROPOSED]      2      Case No. C07 06128 JF
ORDER OF DISMISSAL